UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE SHANAHAN, individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>CARGUARD ADMINISTRATION, INC, a Kansas corporation, SING FOR SERVICE LLC, d/b/a MEPCO, an Illinois liability company,<br><br>Defendants. | § § § Case No. 8:21-cv-00010 § § Hon. Brian C. Buescher § § § § § § § § § § |

## **DEFENDANT, SING FOR SERVICE, LLC D/B/A MEPCO'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

For the reasons stated in the accompanying brief, Defendant SING for Service, LLC d/b/a Mepco ("Mepco"), by and through its undersigned counsel, moves this Court under Fed. R. Civ. P. 12(b)(6) to enter an Order dismissing Plaintiff Terrence Shanahan's Complaint in its entirety against it.

SING FOR SERVICE, LLC, an Illinois limited liability company, d/b/a MEPCO, Defendant

By: */s/ Andrew R. Biehl*
Andrew R. Biehl #25050
WALENTINE O'TOOLE, LLP
11240 Davenport Street
Omaha NE 68154-0125
(402) 330-6300
(402) 330-6303 fax
abiehl@walentineotoole.com
Attorneys for Sing for Service, LLC dba MEPCO

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 22, 2021 I electronically filed the foregoing document with the Clerk of the United States District Court for the District of Nebraska using the CM/ECF system of the Court which sent notification electronically of such to all CM/ECF participants.

I further certify that on February 22, 2021, I mailed by United States mail, first class, postage prepaid, the non-CM/ECF participants:

None

*/s/ Andrew R. Biehl*