IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE SHANAHAN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>CARGUARD ADMINISTRATION, INC., a Kansas corporation; and SING FOR SERVICE, LLC, an Illinois limited liability company;<br><br>Defendants. | 8:21-CV-10<br><br>**JUDGMENT** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal requesting dismissal of the individual claims with prejudice effective June 24, 2021, and dismissal of the putative class claims without prejudice. Filing 28. In accordance with the parties' stipulation and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed, each party to bear its own fees and costs. The clerk is ordered to terminate Filing 23 as moot. The Court shall retain jurisdiction of this matter until June 24, 2021.

Dated this 31st day of March, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge